STATE OF CONNECTICUT *v.* EDGAR RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 529 (AC 20827), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided June 19, 2001

ANIMAL RIGHTS FRONT *v.* ARTHUR J. ROCQUE, JR., COMMISSIONER OF ENVIRONMENTAL PROTECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 207 (AC 20924), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Derek V. Oatis*, in support of the petition.

*Eliot D. Prescott*, assistant attorney general, in opposition.

Decided June 19, 2001